# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 23, 2024

## NO. 03-23-00806-CV

**Elizabeth Weston, Co-Trustee and Fiduciary of The Estate of Glenn Weston, Appellant**

**v.**

**Graham Weston, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the order authorizing the expenditure of funds signed by the trial court on October 26, 2023. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.